IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WAYNE CANDLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J.S. WOODFORD, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 04-5453 MMC (PR)<br><br>**ORDER DENYING REQUEST FOR EXPERT WITNESSES**<br><br>(Docket No. 20) |

　　　　Keith Wayne Candler, proceeding pro se and currently incarcerated in Salinas Valley State Prison ("SVSP"), filed the above-titled civil rights action under 42 U.S.C. § 1983 against SVSP officials. The Court found plaintiff's claims of excessive force cognizable as against various defendants. Defendants have been served, and their deadline for filing a dispositive motion, or a notice that such a motion is not warranted, is September 23, 2005. Plaintiff has filed a motion requesting that the Court appoint "expert witnesses." As the parties have not yet filed dispositive motions, it is unclear what issues, if any, are in dispute, and whether or not there will be a trial in this matter. Accordingly, it is too early to determine whether or not expert witnesses are necessary.

　　　　Accordingly, plaintiff's motion is hereby DENIED.

　　　　This order terminates Docket No. 20.

　　　　IT IS SO ORDERED.

DATED: July 27, 2005

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge