FILED

DEC 28 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **KEITH WAYNE CANDLER,**<br><br>Plaintiff,<br><br>v.<br><br>**J. S. WOODFORD, et al.,**<br><br>Defendants. | C 04-5453 MMC (PR)<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS EXTENSIONS TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND A SUMMARY-JUDGMENT MOTION** |

Defendants request a fifteen-day extension up to and including December 27, 2007, in which to file an opposition to Plaintiff's motion to compel. In addition, Defendants request a sixty-day extension up to and including February 29, 2007, in which to file a summary-judgment motion. The Court has read and considered Defendants' motion and the accompanying declaration of counsel and, good cause appearing,

IT IS ORDERED that the ex parte request for both extensions of time is GRANTED. The time in which Defendants may file an opposition to Plaintiff's motion to compel is extended up to and including December 27, 2007. And the time in which Defendants may file a summary-judgment motion is extended up to and including February 29, 2007.

//

//

[Proposed] Order Granting Defs.' EOT re.
Opp'n Mot. Compel & Mot. Summ. J.

*Candler v. Woodford, et al.*
C 04-5453 MMC (PR)

Case 3:04-cv-05453-MMC    Document 76    Filed 12/29/06    Page 2 of 3

Plaintiff's reply concerning his motion to compel discovery shall be filed no later than January 11, 2007. Plaintiff's opposition to the summary-judgment motion shall be filed no later than March 31, 2007.

Dated: DEC 29 2006

_____
Honorable Maxine M. Chesney
United States District Court Judge

40195520.wpd
SF2005200176

[Proposed] Order Granting Defs.' EOT re.
Opp'n Mot. Compel & Mot. Summ. J.

*Candler v. Woodford, et al.*
C 04-5453 MMC (PR)

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CANDLER,

        Plaintiff,

v.

ABUYEN et al,

        Defendant.

Case Number: CV04-05453 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith W. Candler
CSP Sacramento
K25679 D-2-207
P.O. Box 290066
Represa, CA 95671

Dated: December 28, 2007

Richard W. Wicking, Clerk

*Tracy Lucero*

By: Tracy Lucero, Deputy Clerk