**FILED**

JAN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH WAYNE CANDLER,<br><br>Plaintiff,<br><br>v.<br><br>J. S. WOODFORD, et al.,<br><br>Defendants. | C 04-5453 MMC (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS AN EXTENSION TO FILE AN OPPOSITION TO PLAINTIFF'S SUMMARY-JUDGMENT MOTION |

Defendants request a fifty-day extension up to and including February 29, 2008, in which to file an opposition to Plaintiff's summary-judgment motion. Defendants' own summary-judgment motion is already due to be filed on or by this date. The Court has read and considered Defendants' motion and the accompanying declaration of counsel and, good cause appearing,

IT IS ORDERED that the request for the extension of time is GRANTED. The time in which Defendants may file an opposition to Plaintiff's summary-judgment motion is extended up to and including February 29, 2008—the same date that Defendants' own summary-judgment motion is due. Therefore, Defendants' summary-judgment motion will also function as their opposition to Plaintiff's summary-judgment motion.

//

//

[Proposed] Order Granting Defs.' EOT re.
Opp'n Pl.'s Mot. Summ. J.

*Candler v. Woodford, et al.*
C 04-5453 MMC (PR)

1

1 | Plaintiff's opposition to Defendants' summary-judgment motion will also function as
2 | Plaintiff's reply concerning his own summary-judgment motion, and shall be filed no later than
3 | March 31, 2008. Finally, Defendants' reply to Plaintiff's opposition to Defendants' summary-
4 | judgment motion shall be filed no later than April 15, 2008.

Dated: **JAN 1 5 2008**

Honorable Maxine M. Chesney
United States District Court Judge

proposed order re MJS Opp'n EOT.wpd
SF2005200176

[Proposed] Order Granting Defs.' EOT re.  *Candler v. Woodford, et al.*
Opp'n Pl.'s Mot. Summ. J.  C 04-5453 MMC (PR)

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CANDLER,

        Plaintiff,

v.

ABUYEN et al,

        Defendant.
                          /

Case Number: CV04-05453 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith W. Candler
CSP Sacramento
K25679 D-2-207
P.O. Box 290066
Represa, CA 95671

Dated: January 16, 2008

                                  Richard W. Wieking, Clerk

                                  *Tracy Lucero*

                                By: Tracy Lucero, Deputy Clerk