1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  KENNETH T. ROOST, State Bar No. 231444
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5824
    Fax: (415) 703-5843
8   Email: Ken.Roost@doj.ca.gov

9  Attorneys for Defendants Abuyen, Banuelos,
   Machuca, and Pacheco

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH WAYNE CANDLER,<br><br>                    Plaintiff,<br><br>    v.<br><br>J.S. WOODFORD, et al.,<br><br>                    Defendants. | C 04-5453 MMC (PR)<br><br>[~~Proposed~~] STIPULATED ORDER TO STAY CASE PENDING SETTLEMENT MEDIATION |

In effort to resolve this matter without further expense of Court time, the parties stipulate to a stay of this case, pending settlement mediation.

//

//

[Proposed] Stipulated Order to Stay Case Pending Settlement Mediation        Candler v. Woodford, et al.
                                                                              C 04-5453 MMC (PR)

1

1  The parties respectfully ask that this case be referred to Magistrate Judge Nandor Vadas for
2  settlement mediation.

4  DATED: April 7, 2008

6  _K. Candler_
   KEITH WAYNE CANDLER
7  Plaintiff in Pro Se

9  DATED: April 7, 2008

11 KENNETH T. ROOST
12 Deputy Attorney General
   Attorney for Defendants Abuyen,
13 Banuelos, Machuca, and Pacheco

17                           **ORDER**

18    In light of the foregoing stipulations, Defendants' counsel shall contact Magistrate Judge
19 Nandor Vadas to schedule a mediation date. Pending completion of mediation proceedings, this
20 matter is presently stayed.
21    IT IS SO ORDERED.

22 Dated:  April 11, 2008
                                    _Maxine M. Chesney_
23                                  THE HONORABLE MAXINE M. CHESNEY
                                    United States District Judge

25 40234661.wpd
   SF2005200176

[Proposed] Stipulated Order to Stay Case Pending Settlement Mediation    *Candler v. Woodford, et al.*
                                                                          C 04-5453 MMC (PR).

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Candler v. Woodford, et al.**

Case No.:    **C 04-5453 MMC (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 7, 2008</u>, I served the attached

**[PROPOSED] STIPULATED ORDER TO STAY CASE PENDING SETTLEMENT MEDIATION**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Keith Wayne Candler
K-25679
California State Prison, Sacramento
P. O. Box 290066
Represa, CA 95671-0066
In Pro Se

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 7, 2008**, at San Francisco, California.

| M. Xiang | _(signature)_ |
|----------|---------------|
| Declarant | Signature |