**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH W. CANDLER,

    Plaintiff,

    v

J.S. WOODFORD et al.,

    Defendants.

Case No C 04-5453 MMC

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on <u>July 3, 2008</u>. The results of that proceeding are indicated below:

(1)    The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Kenneth Roost

    ☒ Other: California Department of Corrections and Rehabilitation, Jason Gatchalian

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date:  7/8/08                                  _____
                                                Nandor J Vadas
                                                United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CANDLER                                              No. C 04-5453 MMC

v.                                                   CERTIFICATE OF SERVICE

WOODFORD
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/8/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Keith W. Candler**
CSP Sacramento
K25679 D-2-207
P.O. Box 290066
Represa, CA 95671

RICHARD W. WIEKING, CLERK

By:/s/_____
       Deputy Clerk

3